IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 24-2707

Anthony Schmitt,

*Plaintiff-Appellant*,

v.

Jolene Rebertus, in her official capacity as Assistant Commissioner of the Minnesota Department of Corrections; Paul Schnell, in his official capacity as Commissioner of the Minnesota Department of Corrections,

*Defendants-Appellees*

## STATEMENT OF THE ISSUES

Pursuant to the Court's briefing order, Plaintiff-Appellant identifies the following issues to be raised on appeal:

1. Whether the district court erred by denying Plaintiff-Appellant's motion for a preliminary injunction, where Appellant seeks reinstatement of his successful and voluntary prison ministry after Appellees cancelled it because, in Appellees' words, "[t]he program directly conflicts with the diversity, equity, and inclusivity values of the department by defining manhood, or the study of masculinity, through a biblical lens of what a 'real man looks like.'"

1

2. Whether the district court erred by holding that *Turner v. Safley*, 482 U.S. 78 (1987), provides the appropriate standard of review.

3. Whether the district court erred by holding that Plaintiff-Appellant failed to show a likelihood of success on the merits.

4. Whether the district court erred by holding that Plaintiff-Appellant failed to show irreparable harm.

5. Whether the district court erred in concluding that the balance of harms and public interest favor Defendants-Appellees.

Respectfully submitted,

Dated: September 6, 2024

**UPPER MIDWEST LAW CENTER**

*/s/ James V. F. Dickey*
Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
12600 Whitewater Dr., Suite 140
Minnetonka, MN 55343
doug.seaton@umlc.org
james.dickey@umlc.org
(612) 428-7000

**TRUE NORTH LEGAL**

Renee K. Carlson (#389675)
525 Park Street, Suite 460
St. Paul, Minnesota 55103
rcarlson@truenorthlegalmn.org
(612) 789-8811

*Attorneys for Plaintiff-Appellant*