# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Laura Nammo |
| **CC:** | Renee K. Carlson |
| | James Dickey |
| | Steven W. Fitschen |
| | Alexandra K. Howell |
| | Steven T. McFarland |
| | Douglas Seaton |
| | Bradley Simon |
| | Corinne Hope Wright |
| **FROM:** | Diane N. Sturgeon |
| **DATE:** | October 30, 2024 |
| **RE:** | 24-2707  Anthony Schmitt v. Jolene Rebertus, et al |

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**Your Certificate of Service is due 5 days from the date of this notice.**

__X___Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief.