# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25, I hereby certify that on October 29, 2024, via the U.S. Postal Service, I sent the following paper copies of the Brief *Amici Curiae* of Christian Legal Society, Good News Global, Islam and Religious Freedom Action Team of the Religious Freedom Institute, Jewish Coalition of Religious Liberty, and The National Association of Evangelicals in Support of Plaintiff-Appellant and Reversal: 10 copies to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit; 1 copy to Bradley Simon and Corinne Wright; and 1 copy to James Dickey.

*/s/ Steven T. McFarland*
Steven T. McFarland

*Counsel for Amici Curiae*